IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIAM R. BANKS | § | |
| v. | § | CIVIL ACTION NO. 9:05cv170 |
| D. STACKS, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff William Banks, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights.  This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On May 31, 2006, Banks filed a motion asking that his lawsuit be dismissed.  On June 19, 2006, the Magistrate Judge issued a Report recommending that the motion be granted and that the lawsuit be dismissed without prejudice.  Banks received a copy of this Report on June 26, 2006, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court.  Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.  Upon such review, the Court has determined that the Magistrate Judge's Report is correct.  It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court.  It is further

ORDERED that the above-styled civil rights lawsuit be and hereby is DISMISSED without prejudice on the motion of the Plaintiff.  It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED** this the 17 day of **July, 2006.**


_____
Thad Heartfield
United States District Judge